UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TIMOTHY SPENCER,

    *Plaintiff*,

v.

MICHIGAN DEPARTMENT OF
CORRECTIONS, et al.,

    *Defendants*.
_____/

CASE NO:   14-11343

DISTRICT JUDGE LAWRENCE P. ZATKOFF
MAGISTRATE JUDGE PATRICIA T. MORRIS

**ORDER DIRECTING THE MICHIGAN DEPARTMENT
OF CORRECTIONS TO PROVIDE INFORMATION**

This order is entered under the authority given to this Magistrate Judge in an Order of Reference issued by District Judge Zatkoff pursuant to 28 U.S.C. § 636(b)(1)(A).

    The Court has previously determined that Plaintiff may proceed *in forma pauperis* without the prepayment of fees, and directed the U.S. Marshal to serve process on the named Defendants in this matter.

    The Court has been advised that Defendant Mike Martin has retired and service was not able to be accomplished at his work address.  Therefore, the Michigan Department of Corrections must furnish the U.S. Marshals Services with the last known address of Defendant Martin.  This information should be sent to:  Ms. Kari Tyree, Administrative Officer, U.S. Marshals Service, 231 W. Lafayette, Room 300, Detroit, MI, 48226-2782.  The information may be used only for purposes of effectuating service (or for proof of service, should a dispute arise), and any documentation of the address will be retained only by the U.S. Marshals Service.  Address information will not be maintained in the Court file or disclosed by the U.S. Marshals Service except as directed by court order.

The U.S. Marshals Service is authorized to mail a request for waiver of service to Defendant Martin in the manner prescribed by FED. R. CIV. P. 4(d)(2) before attempting personal service, and may collect the usual and customary costs from Plaintiff after effectuating service.

Review of this order is governed by 28 U.S.C. § 636(b)(1), FED. R. CIV. P. 72, and E.D. Mich. LR 72.1(d).

Date: May 15, 2014 /S PATRICIA T. MORRIS
Patricia T. Morris
United States Magistrate Judge

## CERTIFICATION

I hereby certify that this Order was electronically filed this date, and served by first class mail on Ms. Linda Wittman, Litigation Specialist, Office of Policy and Hearings, Michigan Dept. of Corrections, Grandview Plaza Bldg., P.O. Box 30003, Lansing, MI, 48909; and .

Date: May 15, 2014 By s/Jean L. Broucek
Case Manager to Magistrate Judge Morris